UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JARED M. VILLERY, | ) | No. CV 09-7496-GAF (AGR) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| ANTHONY HEDGPETH, Warden, | ) ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 12, 2012

_____
GARY A. FEESS
United States District Judge